UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN FRENCH,

        Plaintiff,

-vs-                                              Case No.  8:04-cv-2084-T-24MAP

RARE HOSPITALITY MANAGEMENT, INC.,

        Defendant.
_____/

## O R D E R

This cause comes before the Court for consideration of Defendant's Objections and Cross-Designations to Plaintiff's Deposition Designations (Doc. No. 47) and Plaintiff's Objections and Cross-Designations to Defendant's Cross-Designations for the video-taped Deposition of Meredith Kern.

As to Defendant's objections to Plaintiff's deposition designations of Meredith Kern (Doc. No. 47) the Court rules as follows:

| | |
|---|---|
| Page 8, l. 12-13 | Overruled |
| Page 15, l. 16-17 | Overruled |
| Page 19, l. 24 - p. 20, l. 14 | Overruled |
| Page 24, l. 23 - p. 26, l. 5 | Sustained as to p. 24, l. 23 - p. 25, l. 8 otherwise Overruled |
| Page 26, l. 10 - p. 27, l. 7 | Overruled |
| Page 27, l. 23-25 | Overruled |
| Page 28, l. 1-19 | Overruled |
| Page 30, l. 19-25 | Overruled |

    Page 32, l. 15 - p. 33, l. 13        Sustained

    Page 34, l. 10 - p. 35, l. 2        Sustained

As to Plaintiff's objections to Defendant's deposition designations of Meredith Kern (Doc. No. 55) the Court rules as follows:

    Page 13, l. 15-18        Overruled

    Page 24, l. 9-10        Overruled

    Page 24, l. 17-19        Overruled

    Page 35, l. 25 - p. 38, l. 11        Sustained as to p. 35, l. 25 - p. 37, l. 25 otherwise Overruled

As to Plaintiff's cross-designation if Plaintiff's objection is overruled (Doc. No. 55) the Court rules as follows:

    Page 13, l. 19-20        Granted

    Page 24, l. 11-16        Granted

    Page 38, l. 18 - p. 39, l. 11        Granted as to p. 39, l. 8-11 otherwise Denied

**DONE AND ORDERED** at Tampa, Florida, this 7th day of April, 2006.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record